UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWERLAND TECHNOLOGY INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BYTON NORTH AMERICA CORPORATION, et al.,<br><br>  Defendants. | Case No. 20-CV-05287-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

On January 28, 2021, the parties refiled their October 27, 2020 joint case management statement. ECF No. 23. The Court ORDERS the parties to file a new joint case management statement by Friday, January 29, 2021 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: January 28, 2021

_____
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05287-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT