1  Bing Zhang Ryan (Bar No. 228641)
   **ZHANG LAW GROUP**
2  16 Southwood Drive
   Orinda, CA 94563
3  Telephone: (925) 257-3097
4  Email: bzhanglaw@gmail.com

5  *Attorneys for Plaintiff Powerland Technology Inc.*

6

7  KEITH A. SIPPRELLE #143358
   **VAN ETTEN SIPPRELLE LLP**
8  2945 Townsgate Road, Suite 200
   Westlake Village, California 91361
9  Telephone: (805) 719-4900
   Facsimile: (805) 719-4950
10 ksipprelle@vstriallaw.com

11
   *Attorneys for Defendant Byton North America Corporation*
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POWERLAND TECHNOLOGY INC., a Chinese Corporation, | Case No.: 20-cv-05287-VKD |
| Plaintiff,<br>v.<br>BYTON NORTH AMERICA CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br>Defendants. | **JOINT REQUEST TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE COMPLETION DEADLINE** |

1    Plaintiff Powerland Technology Inc. ("Plaintiff") and Defendant Byton North America Corporation ("Defendant," together the "Parties") jointly move to continue the mandatory settlement conference completion deadline from April 28, 2021 to May 28, 2021.

On January 28, 2021, this Court issued its Case Management Order, in which this Court referred the parties to Magistrate Judge Virginia DeMarchi for a settlement conference with a completion deadline of April 28, 2021. (Dkt. No. 26.) The Parties then scheduled a settlement conference to be held with Magistrate Judge DeMarchi on March 31, 2021. The Parties now respectfully request that the settlement conference completion deadline be extended from April 28, 2021 to May 28, 2021.

Plaintiff believes that this litigation is likely to be resolved within approximately the next 30-45 days without the need for a settlement conference with Magistrate Judge DeMarchi. Thus, extending the settlement conference completion deadline from April 28, 2021 to May 28, 2021 would potentially allow the Court to preserve scarce judicial resources. Defendant has no objection to extending the settlement conference completion deadline for approximately 30 days. If this extension request is granted, the parties would schedule a settlement conference with Magistrate Judge DeMarchi for May 2021. In the event the litigation is not resolved within the next 30-45 days, the parties would participate in a settlement conference with Magistrate Judge DeMarchi in May 2021.

For the foregoing reasons, the Parties respectfully request that this Court continue the settlement conference completion deadline from April 28, 2021 to May 28, 2021.

Respectfully Submitted,

Dated: March 21, 2021

ZHANG LAW GROUP

By: *s/ Bing Zhang Ryan*
Bing Zhang Ryan
Attorneys for Plaintiff Powerland Technology Inc.

2
**JOINT REQUEST TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE COMPLETION DEADLINE**
**Case No.: 20-cv-05287-VKD**

1 | Dated: March 21, 2021
  |                               VAN ETTEN SIPPRELLE LLP
2 |
3 |
4 |                               By:  *s/ Keith A. Sipprelle*
  |                                    Keith A. Sipprelle
5 |                                    Attorneys for Defendant
  |                                    Byton North America Corporation
6 |

2

**JOINT REQUEST TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE
COMPLETION DEADLINE
Case No.: 20-cv-05287-VKD**