1  Bing Zhang Ryan (Bar No.: 228641)
   ZHANG LAW GROUP
2  16 Southwood Drive
   Orinda, CA  94563
3  Telephone: (925) 257-3097
   Email: bzhanglaw@gmail.com
4
   *Attorney for Plaintiff Powerland Technology Inc.*
5

6  Keith A. Sipprelle (SBN 143358)
   VAN ETTEN SIPPRELLE LLP
7  2945 Townsgate Road, Suite 200
   Westlake Village, CA
8  Telephone: (805) 719-4900
   ksipprelle@vstriallaw.com
9

10 *Attorney for Defendant*
   *Byton North America Corporation*
11

12

13                           **UNITED STATES DISTRICT COURT**

14                          **NORTHERN DISTRICT OF CALIFORNIA**

15                                    **SAN JOSE DIVISION**

16

17

18 | POWERLAND TECHNOLOGY INC., a Chinese Corporation, | Case No.: 20-cv-05287-LHK |
   |---|---|
19 | | |
   | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
20 | v. | **WITHOUT PREJUDICE** |
21 | | |
   | BYTON NORTH AMERICA |
22 | CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive, | |
23 | | |
24 | Defendants. | |

25

26

27

28

   NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Powerland Technology Inc. voluntarily dismisses without prejudice the above-entitled action against Defendant Byton North America Corporation.  This Notice of Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED:  April 3, 2021                                    ZHANG LAW GROUP

                                                               /s/ Bing Zhang Ryan
Bing Zhang Ryan (Bar No.: 228641)
16 Southwood Drive
Orinda, CA  94563
Telephone: (925) 257-3097
Email: bzhanglaw@gmail.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I, Bing Zhang Ryan, hereby declare as follows:

I am employed by Zhang Law Group, 16 Southwood Drive, Orinda, California, 94563. I am over the age of 18 years and am not a party to this action. On April 3, 2021, I served true and correct copy of:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

__X__    by sending the document(s) listed above to the following party via E-service in accordance with Zhang Law Group's ordinary business practices:

Keith Sipprelle                                                **Attorney for Defendant**

ksipprelle@vstriallaw.com

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on April 3, 2021.

                                                       /s/ Bing Zhang Ryan
                                                     Bing Zhang Ryan