Bing Zhang Ryan (Bar No. 228641)
**ZHANG LAW GROUP**
16 Southwood Drive
Orinda, CA 94563
Telephone: (925) 257-3097
Email: bzhanglaw@gmail.com

*Attorneys for Plaintiff Powerland Technology Inc.*

KEITH A. SIPPRELLE #143358
**VAN ETTEN SIPPRELLE LLP**
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: (805) 719-4900
Facsimile: (805) 719-4950
ksipprelle@vstriallaw.com

*Attorneys for Defendant Byton North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POWERLAND TECHNOLOGY INC., a Chinese Corporation,<br><br>Plaintiff,<br>v.<br><br>BYTON NORTH AMERICA CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 20-cv-05287-VKD<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), Plaintiff POWERLAND TECHNOLOGY INC. and Defendant BYTON NORTH AMERICA CORPORATION hereby stipulate and agree that this action should be dismissed without prejudice as to all parties and all causes of action; each party to bear its own attorneys' fees, experts' fees, and costs.

Dated: April 4, 2021

ZHANG LAW GROUP

By: *s/ Bing Zhang Ryan*
Bing Zhang Ryan
Attorneys for Plaintiff Powerland Technology Inc.

Dated: April 4, 2021

VAN ETTEN SIPPRELLE LLP

By: *s/ Keith A. Sipprelle*
Keith A. Sipprelle
Attorneys for Defendant
Byton North America Corporation